No. 01–5132. LANDRUM *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5133. BAEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–5134. BOONE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–5135. SEARCY *v.* CARTER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5138. PARDO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5139. DELIEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5140. DILLARD *v.* ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5141. CARR *v.* HEAD, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 01–5142. HASAN, AKA LOMAX *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5143. FLEMING *v.* BURLINGTON NORTHERN & SANTA FE RAILWAY CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5144. BEAULIEU *v.* OFFTECH, INC. Sup. Ct. N. H. Certiorari denied.

No. 01–5146. VALDEZ *v.* DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5147. UGOCHUKWU *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5151. OLVERA-YANEZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5153. PITTMAN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.